HERMAN STRAUSS, RESPONDENT, v. BOROUGH OF BRADLEY BEACH ET AL., APPELLANTS.

Submitted May 28, 1937—Decided September 22, 1937.

For the respondent, *Howard K. Shaw.*

For the appellants, *Joseph R. Megill.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Lloyd in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, BODINE, DEAR, WELLS, WOLFSKEIL, COLE, JJ. 9.

*For reversal*—CASE, HEHER, PERSKIE, RAFFERTY, JJ. 4.